```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDITH SALTOS,
                                                                    JUDGMENT

                        Plaintiff,                                  19-CV-06347 (LDH) (RML)
        v.

LOS OLIVOS, LTD.,

                        Defendant.
----------------------------------------------------------------X
```

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 7, 2020; and Defendant having offered Plaintiff to take a judgment against them; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff in the amount of THIRTY-FIVE THOUSAND DOLLARS ($35,000.00), such sum being inclusive of all claims, damages, unpaid minimum wages and overtime, liquidated damages, penalties, interest, costs, disbursements and attorney's fees that have accrued to Plaintiff to the date of this offer pertaining to the claims asserted by Plaintiff in in this action.

Dated: Brooklyn, New York                           Douglas C. Palmer
       April 13, 2020                               Clerk of Court

                                        By:    */s/Jalitza Poveda*
                                               Deputy Clerk